Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

19-00034-04-CR-SJ-BP

DOCKET NUMBER *(Rec. Court)*

4:23-CR-155

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JAMES D. MYERS | Western District of Missouri | Saint Joseph |

NAME OF SENTENCING JUDGE

Beth Phillips

| DATES OF PROBATION /SUPERVISED RELEASE: | From 04/14/2023 | To 04/13/2027 |
|---|---|---|

OFFENSE
21 U.S.C. 841(a)(1),(b)(1)(B), and 846-Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision )
James D. Myers resides in the Southern District of Iowa and does not intend to return to the Western District of Missouri.  Transfer to the district of residency will aid in the implementation of local practices, conserve resources, and allow for local court intervention.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF MISSOURI**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of Iowa** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 14, 2023

*Date*

*/s/ Beth Phillips*

*Beth Phillips*
*Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

November 14, 2023

Date

Chief U.S. District Judge